Louis (Louie) EDWARDS, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary at Atlanta, Ga., Appellee.

Sherman Halton FLETCHER, Appellant, v. SAME.

Willie A. WILSON, Appellant, v. SAME.

Reba Ray KNIGHT, Appellant, v. SAME.

Nos. 7298, 7478, 7483, 7486.

Circuit Court of Appeals, Fifth Circuit.

Nov. 8, 1934.

Louis Edwards in pro. per.
Sherman Halton Fletcher, in pro. per.
Willie A. Wilson, in pro. per.
Reba Ray Knight, in pro. per.
Lawrence S. Camp, U. S. Atty., I. K. Hay, Asst. U. S. Atty., and H. T. Nichols, Sp. Asst.

to U. S. Atty., all of Atlanta, Ga., for appellee in all the cases.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

FOSTER, Circuit Judge.

These four cases are appeals from judgments denying writs of habeas corpus to release prisoners from the Atlanta Penitentiary and present the identical question of law considered in the case of Eyler v. Aderhold (C. C. A.) 73 F.(2d) 372, decided this day, and are ruled by that decision.

On the authority of that case, the judgments are affirmed.